PEOPLE v GIBBS. Appeal from Wayne, John M. Wise, J. Submitted Division 1 February 15, 1972, at Detroit. (Docket No. 11964.) Decided March 31, 1972. Leave to appeal denied, 389 Mich 754.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Luvenia D. Dockett*, Assistant Prosecuting Attorney, for the people.

*Irving Tukel*, for defendant on appeal.

Before: J. H. GILLIS, P. J., and V. J. BRENNAN and O'HARA, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to manslaughter and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.


PEOPLE v McLAUGHLIN. Appeal from Recorder's Court of Detroit, Robert E. DeMascio, J. Submitted Division 1 February 22, 1972, at Detroit. (Docket No. 12000.) Decided March 31, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Thomas P. Smith*, Assistant Prosecuting Attorney, for the people.

*Carl Ziemba*, for defendant on appeal.

Before: LESINSKI, C. J., and J. H. GILLIS and QUINN, JJ.

MEMORANDUM OPINION. A jury convicted defendant of statutory rape, MCLA 750.520; MSA 28.788. He was sentenced and he appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.